## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 2:13-cr-00079 |
| | * | |
| **VERSUS** | * | **JUDGE** HAIK |
| | * | |
| **LYNN E. FORET, M.D.** | * | **MAGISTRATE JUDGE** HANNA |

## BILL OF INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

## Health Care Fraud
## [18 U.S.C. § 1347]

**A.    AT ALL TIMES MATERIAL TO THIS BILL OF INFORMATION:**

1.    Since 1976, the defendant, LYNN E. FORET, M.D., was a Louisiana licensed medical doctor, who specialized in orthopedic surgery.  He practiced medicine in Lake Charles, Louisiana.

2.    Hyalgan is a solution that contains a natural substance called Hyaluronate. Hyaluronate is normally found in the fluid that lubricates and cushions knee joints.

3.    Hyalgan is injected directly into a patient's knee to relieve inflammation.  It is typically given  in a three to five injection regimen in weekly intervals and may provide inflammation relief for several months.

4.     The Physicians' Current Procedural Terminology commonly known as the CPT code book, contains a listing of descriptive terms and identifying code numbers for the standardized reporting of approximately 7,500 medical services and procedures performed by physicians.  The purpose of the CPT code book is to provide a uniform

language that accurately describes medical, surgical and diagnostic services to facilitate nationwide communications among healthcare workers, patients and others.  CPT codes are used by healthcare benefit programs for tracking and processing medical claims.

**B.    SCHEME TO DEFRAUD**

Beginning sometime in 2003 and continuing through December of 2009, in the Western District of Louisiana, the defendant, LYNN E. FORET, M.D., did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud health care benefit programs, namely, Medicare, Medicaid and private insurance companies, in connection with the delivery of and payment for health care benefits, items and services, which programs affected interstate commerce.

The scheme and artifice is more fully described below:

1.     It was part of the scheme and artifice to defraud that the defendant, LYNN E. FORET, M.D., injected a steroid solution into his patients' knees, even though he represented to Medicare, Medicaid and private insurance companies that he was injecting the more costly Hyalgan.

2.     In furtherance of the scheme and artifice to defraud the defendant, LYNN E. FORET, M.D., billed Medicare, Medicaid and private insurance companies and received reimbursement from these health care benefit programs for Hyalgan, even though he injected the less costly steroid solution into the patients' knees.

3.     In furtherance of the scheme and artifice to defraud, the defendant, LYNN E. FORET, M.D., wrongfully defrauded, or caused to be defrauded, Medicare, Medicaid and private insurance companies of $950,706.00.

4.      In furtherance of the scheme and artifice to defraud, on the date set forth below, in the Western District of Louisiana, the defendant, LYNN E. FORET, M.D., knowingly and willfully executed and attempted to execute the scheme and artifice to defraud health care benefit programs, in connection with the delivery of or payment for health care benefits, items or services:

| Procedure Code | Procedure Code Description | Patient Name | Date of Service | Date Medicare Paid |
|---|---|---|---|---|
| J7321 | Hyalgan Injection | RC | 02/04/2009 | 03/06/2009 |

All in violation of Title 18, United States Code, Section 1347.  [18 U.S.C. § 1347].

Respectfully submitted by:

STEPHANIE A. FINLEY
United States Attorney

*s/Kelly P. Uebinger*

By:      _____
KELLY P. UEBINGER (Bar No. 21028)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618